UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KAWS INC. and KAWS STUDIO L.P.,

    Plaintiffs,

v.

THE INDIVIDUALS, CORPORATIONS,
LIMITED LIABILITY COMPANIES,
PARTNERSHIPS, AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE A TO THE
COMPLAINT,

    Defendants.

Case No.:    26-cv-03010

*Granted.*

*4/17/26*

**PLAINTIFFS' MOTION TO SEAL**

KAWS INC. and KAWS STUDIO L.P. ("Plaintiffs") respectfully submit this application

to file under seal the following documents associated with the above referenced action until ~~the~~

*Friday, April 24, 2026,* ~~hearing on Plaintiffs' Application for an Order to Show Cause Why a Preliminary Injunction~~

~~Should Not Issue~~ or further order of the Court:

(1)    Plaintiffs' Schedule A attached to the Complaint, which identifies and includes a list

of Defendants' online marketplace websites (hereinafter the "Defendant Internet Stores") and the

usernames for the Defendant Internet Stores;

(2)    Screenshot printouts showing the active Defendant Internet Stores (Exhibit 3 to the

Declaration of Gen Watanabe); and

(3)    Results from Panoramic Consulting Ltd.'s investigation of all Defendant Internet

Stores' seller names, URLs, addresses, and phone numbers (Exhibit 1 to the Declaration of

Yingchun Hou).

Plaintiffs filed their public-record version of the documents redacted and concurrently

1

herewith has provisionally filed the documents electronically under seal.

In this action, Plaintiffs are requesting this *ex parte* relief based on claims for copyright infringement and trademark counterfeiting. Sealing this portion of the file is necessary to prevent the Defendants from learning of these proceedings prior to the entry of a temporary restraining order. If Defendants were to learn of these proceedings prematurely the likely result would be the destruction of relevant documentary evidence and the hiding or transferring of assets to foreign jurisdictions, which would frustrate the purpose of the underlying law and would interfere with this Court's power to grant relief. Once a temporary restraining order has been served on the relevant parties and the requested actions are taken, Plaintiffs will move to unseal this document.

Therefore, Plaintiffs respectfully request that the Court grants Plaintiffs leave to file their Schedule A, Exhibit 3 to the Declaration of Gen Watanabe, and Exhibit 1 to the Declaration of Yingchun Hou under seal. *See, e.g., WowWee Group Ltd. v. Meirly, et al,* No. 1:18-cv-00706 Dkt. No. 7 (S.D.N.Y. Feb. 5, 2018) (granting application to seal); *Allstar Mktg v. _GB Housewear Store, et al.,* No. 1:17-cv-07596 Dkt. No. 22 (S.D.N.Y. Oct. 12, 2017) (same); *Spin Master Ltd.v. Alan Yuan's Store, et al.,* No. 1:17-cv-07422 Dkt. No. 19 (S.D.N.Y. Oct. 13, 2017) (same); *Kipling Apparel Corp. v. Rhys,* No. 16-cv-990 Dkt. No. 14 (S.D.N.Y. Feb. 17, 2016) (same).

Dated:      April 13, 2026               Respectfully,


By:*/s/ Christopher Tom*
Christopher Tom
55 Hudson Yards
New York, NY 10001
(212) 446-2300
ctom@bsfllp.com

*Attorney for Plaintiffs KAWS INC. and KAWS STUDIO L.P.*

2