UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KAWS INC. and KAWS STUDIO L.P.,

    Plaintiffs,

v.

THE INDIVIDUALS, CORPORATIONS,
LIMITED LIABILITY COMPANIES,
PARTNERSHIPS, AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE A TO THE
COMPLAINT,

    Defendants.

Case No. 1:26-cv-03010-DLC

### [PROPOSED] PRELIMINARY INJUNCTION ORDER

**THIS MATTER** comes before the Court on the application of KAWS INC. and KAWS STUDIO L.P. ("Plaintiffs" or "KAWS"), brought by way of Order to Show Cause, for entry of a Preliminary Injunction (the "Application") against the Defendants identified on the Schedule A to the [Proposed] Preliminary Injunction Order attached hereto (collectively, "Defendants") and using at least the domain names or online marketplace accounts identified on the Schedule A (collectively, the "Defendant User Accounts"); and

**THE COURT** having reviewed the papers in support of the Application; and the Court having found that Plaintiffs meet the criteria for entry of preliminary injunctive relief; and

This Court further finds that it has personal jurisdiction over the Defendants because the Defendants directly target their business activities toward consumers in the United States, including New York, by selling and shipping products into this Judicial District. Specifically, Defendants are reaching out to do business with New York residents by operating one or more commercial, interactive Internet Stores through which New York residents can purchase

1

counterfeit versions of Plaintiffs' products ("Counterfeit Products") bearing, using, or infringing upon Plaintiffs' copyrights, which are covered by U.S. Copyright Office Registration Nos. VA 2-180-272 and VA 2-182-652 (the "KAWS Copyrights") and Plaintiffs' trademarks covered by U.S. Trademark Registration Nos. 6,046,763; 6,047,656; 6,102,259; 6,116,823; 6,852,850; 6,102,260; and 6,997,015 (the "KAWS Trademarks").

**THIS COURT** having determined that the evidence submitted in support of the Application establishes Plaintiffs have a likelihood of success on the merits; that no remedy at law exists; and that Plaintiffs will suffer irreparable harm, if the injunction is not granted including for example:

1.     Through the Declarations of Gen Watanabe and Christopher Tom and accompanying evidence, Plaintiffs have proven a prima facie case of copyright and trademark infringement as follows: (1) Plaintiffs hold all right, title, and interest in and to the KAWS Copyrights, which are registered with the U.S. Copyright Office and reflect original works entitled to protection under the Copyright Act, and the KAWS Trademarks, which are registered with the U.S. Patent and Trademark Office, and; (2) Plaintiffs develop, market, and sell products using the KAWS Copyrights and KAWS Trademarks; (3) Defendants make, use, distribute, reproduce, offer for sale, sell, and/or import into the United States for subsequent sale or use products embodying copies or derivatives of the KAWS Copyrights and/or using the marks covered by the KAWS Trademarks; (4) an ordinary observer would be deceived into thinking that the Counterfeit Products are the same as Plaintiffs' KAWS Products or would be confused by Defendants' use of the KAWS Copyrights and/or KAWS Trademarks; and (5) Defendants are not licensed or authorized to use the KAWS Copyrights and/or KAWS Trademarks and none of the Defendants is an authorized retailer of genuine KAWS Products.

2.      Defendants' continued and unauthorized use of the KAWS Copyrights and KAWS Trademarks irreparably harms Plaintiffs through diminished goodwill and brand confidence, damage to Plaintiffs' reputation, loss of exclusivity, and loss of future sales.

3.      Monetary damages fail to address such damage and, therefore, Plaintiffs have no adequate remedy at law; and

4.      The public interest is served by entry of this Preliminary Injunction to dispel the public confusion created by Defendants' actions; and

**THIS COURT** having determined, therefore, that injunctive relief initially granted in the Temporary Restraining Order ("TRO") on April 17, 2026 [Dkt. No. 20] should remain in place through the pendency of this litigation and issuing this Preliminary Injunction is warranted under Federal Rule of Civil Procedure 65;

**NOW THEREFORE**, on this ___15th___ day of May, 2026, this Court ORDERS that:

1.      Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under or in active concert with them be temporarily enjoined and restrained from:

      a.      Using the KAWS Copyrights and KAWS Trademarks or any reproductions, counterfeit copies, or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any Counterfeit Products;

      b.      Passing off, inducing, or enabling others to sell or pass off any product as a genuine KAWS product that is not, in fact, a genuine KAWS product and/or not produced under the authorization, control, or

3

supervision of Plaintiffs and approved by Plaintiffs for sale using the KAWS Copyrights and KAWS Trademarks;

c.   Committing any acts calculated to cause consumers to believe that Defendants' Counterfeit Products are those sold under the authorization, control, or supervision of Plaintiffs, or are sponsored by, approved by, or otherwise connected with Plaintiffs;

d.   Further infringing the KAWS Copyrights and KAWS Trademarks and damaging Plaintiffs' goodwill; and

e.   Shipping, delivering, holding for sale, transferring, or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiffs, nor authorized by Plaintiffs to be sold or offered for sale, and which bear the KAWS Copyrights and KAWS Trademarks or any reproductions, counterfeit copies, or colorable imitations thereof.

2.   Each Defendant, within fourteen (14) days after receiving notice of this Order, shall serve upon Plaintiffs a written report under oath providing: (a) their true name and physical address, (b) all websites and online marketplace accounts on any platform that they own and/or operate (c) their financial accounts, including by way of example, all AliPay, AllPay/GoAllPay, Amazon, Bank of China, Coinbase, eBay, Etsy, LianLian, OFX, Paxful, Payoneer, PayPal, PingPong, Shein, Stripe, Walmart, Wish, and World First, and (d) the steps taken by each Defendant to comply with paragraph 1, a through e, above.

3.   Within five (5) days of receipt of this Order, Amazon, eBay, Etsy, Shein, Walmart and any other online marketplace platform or service provider hosting or servicing a Defendant

User Account are directed to disable and cease providing services for any Defendant User Accounts through which Defendants are currently engaged in the sale of counterfeit and infringing goods using the KAWS Copyrights and KAWS Trademarks.

4.      Defendants and any third party with actual notice of this Order who is providing services for any of the Defendants, or in connection with any Defendant User Account, including, without limitation, any online marketplace platforms such as Amazon, eBay, Etsy, Shein, Walmart, Internet Service Providers ("ISP"), web hosts, back-end service providers, web designers, sponsored search engine or ad-word providers, banks, merchant account providers, including AliPay, AllPay/GoAllPay, Amazon, Bank of China, Coinbase, eBay, Etsy, LianLian, OFX, Paxful, Payoneer, PayPal, PingPong, Shein, Stripe, Walmart, Wish, and World First, third party processors and other payment processing service providers, shippers, and domain name registrars (collectively, the "Third Party Providers") shall, within five (5) business days after receipt of such notice, provide to Plaintiffs expedited discovery, including copies of all documents and records in such person's or entity's possession or control relating to:

     a.   The identities and locations of Defendants, their agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, including all known contact information;

     b.   The nature of Defendants' operations and all associated sales and financial information, including, without limitation, identifying information associated with the Defendant User Accounts, and Defendants' financial accounts, as well as providing a full accounting of Defendants' sales and listing history related to their respective Defendant User Accounts;

     c.   Defendant User Accounts or any domain name registered by Defendants;

d. Any financial accounts owned or controlled by Defendants, including their agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions, including, without limitation, AliPay, AllPay/GoAllPay, Amazon, Bank of China, Coinbase, eBay, Etsy, LianLian, OFX, Paxful, Payoneer, PayPal, PingPong, Shein, Stripe, Walmart, Wish, and World First, or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

5. Defendants and any persons in active concert or participation with them who have actual notice of this Order shall be temporarily restrained and enjoined from transferring or disposing of any money or other of Defendants' assets until further ordered by this Court.

6. Western Union shall, within five (5) business days of receipt of this Order, block any Western Union money transfers and funds from being received by the Defendants identified in Schedule A to the [Proposed] Preliminary Injunction Order until further ordered by this Court.

7. Amazon, eBay, Etsy, Shein, Walmart and any other online marketplace platform or service provider hosting or servicing a Defendant User Account shall, within five (5) business days of receipt of this Order, for any Defendant or any of Defendants' Online Marketplace Accounts or websites:

a. Locate all accounts and funds connected to and related to Defendants, Defendants' Online Marketplace Accounts or Defendants' websites, including, but not limited to, any AliPay, AllPay/GoAllPay, Amazon, Bank

6

of China, Coinbase, eBay, Etsy, LianLian, OFX, Paxful, Payoneer, PayPal, PingPong, Shein, Stripe, Walmart, Wish, and World First accounts connected to and related to the Defendants listed in Schedule A to this order; and

b. Restrain and enjoin any such accounts or funds from transferring or disposing of any money or other of Defendants' assets until further ordered by this Court.

8. Any banks, savings and loan associations, payment processors, or other financial institutions, for any Defendant or any Defendant User Account, shall within five (5) business days of receipt of this Order:

a. Locate all accounts and funds connected to Defendants, Defendants' Online Marketplace Accounts or Defendants' websites, including, but not limited to, any accounts connected to the Defendants listed in the Schedule A to this Order; and

b. Restrain and enjoin such accounts from receiving, transferring or disposing of any money or other of Defendants' assets until further ordered by this Court.

9. Plaintiffs may provide notice of these proceedings to Defendants by electronically publishing a link to the Complaint, this Order and other relevant documents on a website and by sending an e-mail to all e-mail addresses identified by Plaintiffs and any e-mail addresses provided for Defendants by third parties that includes a link to said website. The combination of providing notice via electronic publication and e-mail, along with any notice that Defendants receive from domain name registrars and payment processors, shall constitute notice reasonably

7

calculated under all circumstances to apprise Defendants of the pendency of the action and afford them the opportunity to present their objections.

10.    Any Defendants that are subject to this Order may appear and move to dissolve or modify the Order on two days' notice to Plaintiffs or on shorter notice as set by this Court.

11.    The five thousand dollars ($5,000.00) bond posted by Plaintiffs shall remain with the Court until a final disposition of this case or until this Preliminary Injunction is terminated.

Dated: _May 15, 2026_

_____
Honorable Denise L. Cote
United States District Judge

8

## SCHEDULE A TO [PROPOSED] PRELIMINARY INJUNCTION ORDER

| No. | Seller name | Seller URL |
|---|---|---|
| 1. | geneetic decor | https://www.amazon.com/sp?seller=A1L6JBTEOTXZ8G |
| 2. | lefengkang | https://www.amazon.com/sp?seller=A2C008UET9KA6D |
| 3. | LUXURY RUGS | https://www.amazon.com/sp?seller=AGTZHFFUDCP1B |
| 4. | wuhanshixisipeishangmaoyouxiangongsi | https://www.amazon.com/sp?seller=A2DJHPPM57QZ1E |
| 5. | ildio_64 | https://www.ebay.com/usr/ildio_64 |
| 6. | lc_neon_sign_art | https://www.ebay.com/str/lcneonsignart |
| 7. | NeonCrafthut (neoncrafthut) | https://www.ebay.com/str/neoncrafthut |
| 8. | nice-girl (nicegril) | https://www.ebay.com/str/nicegril |
| 9. | premehype_store | https://www.ebay.com/usr/premehype_store |
| 10. | prime-rugs | https://www.ebay.com/usr/prime-rugs |
| 11. | Raha Rugs 1 (raha_rugs) | https://www.ebay.com/str/raharugs1 |
| 12. | The Modern Rug 2000 (themodernrug2000) | https://www.ebay.com/str/themodernrug2000 |
| 13. | The Taj Rugs (mustafataj) | https://www.ebay.com/str/thetajrugs |
| 14. | Top1caritems (avish70) | https://www.ebay.com/str/top1caritems |
| 15. | ellunor | https://www.etsy.com/shop/ellunor |
| 16. | WonderBeam | https://www.etsy.com/shop/WonderBeam |
| 17. | 5TH | https://us.shein.com/store/home?store_code=9542700410 |
| 18. | Anime Model LLC | https://us.shein.com/store/home?store_code=6021824568 |
| 19. | Anime Model LLC Marketplace | https://us.shein.com/store/home?store_code=6021824568 |
| 20. | Aoyu-Art | https://us.shein.com/store/home?store_code=5618050699 |
| 21. | Asheng-Store | https://us.shein.com/store/home?store_code=6559459527 |
| 22. | AulettaLinsley | https://us.shein.com/store/home?store_code=4555765034 |
| 23. | AZDFG | https://us.shein.com/store/home?store_code=9508619710 |
| 24. | bdafVS | https://us.shein.com/store/home?store_code=9788058448 |
| 25. | dgdsbvxc | https://us.shein.com/store/home?store_code=6647280510 |
| 26. | fsafj | https://us.shein.com/store/home?store_code=8114478153 |

9

| 27. | fujioeg | https://us.shein.com/store/home?store_code=4218154945 |
| 28. | GFYHNE | https://us.shein.com/store/home?store_code=6776767982 |
| 29. | guangzhouguangjun | https://us.shein.com/store/home?store_code=5818426692 |
| 30. | hebishishengliudianpu | https://us.shein.com/store/home?store_code=8225110846 |
| 31. | hfhoiuljbm | https://us.shein.com/store/home?store_code=8128628136 |
| 32. | Jacdix | https://us.shein.com/store/home?store_code=8632427143 |
| 33. | LED NEON SIGN | https://us.shein.com/store/home?store_code=4280929416 |
| 34. | liangliangma | https://us.shein.com/store/home?store_code=5517497353 |
| 35. | LIUWEIS SHOP | https://us.shein.com/store/home?store_code=8995648842 |
| 36. | LuckyRiV | https://us.shein.com/store/home?store_code=2612745741 |
| 37. | MaryellenSordahl | https://us.shein.com/store/home?store_code=8722754269 |
| 38. | MccurryGlasco | https://us.shein.com/store/home?store_code=9350210232 |
| 39. | qcdxe | https://us.shein.com/store/home?store_code=8461466761 |
| 40. | REDSUNSHOP | https://us.shein.com/store/home?store_code=8883255485 |
| 41. | RJU-TOYS | https://us.shein.com/store/home?store_code=8609708836 |
| 42. | SDD CGVBHNJ | https://us.shein.com/store/home?store_code=7327237431 |
| 43. | sjgfdfsgs | https://us.shein.com/store/home?store_code=5030611537 |
| 44. | SSDF VGHJI | https://us.shein.com/store/home?store_code=5231238645 |
| 45. | SXDFGVBHJH | https://us.shein.com/store/home?store_code=5650465863 |
| 46. | Tihoora | https://us.shein.com/store/home?store_code=8799509851 |
| 47. | xiaotao111 | https://us.shein.com/store/home?store_code=6909041728 |
| 48. | Xinyi-store | https://us.shein.com/store/home?store_code=8702625586 |
| 49. | XPPen Store | https://us.shein.com/store/home?store_code=4351183325 |

| 50. | XXD SHOES | https://us.shein.com/store/home?store_code=3882965902 |
| 51. | zhangweizhangdedianpu | https://us.shein.com/store/home?store_code=9966494226 |
| 52. | zhaohaichundedian | https://us.shein.com/store/home?store_code=8349186241 |
| 53. | zouhepingdedianpu | https://us.shein.com/store/home?store_code=6639081426 |
| 54. | Artdesigna | https://www.walmart.com/reviews/seller/102500274 |