```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                           :
KAWS INC. and KAWS STUDIO L.P.,            :
                                           :
                        Plaintiffs,        :      26cv3010 (DLC)
                                           :
           -v-                             :          ORDER
                                           :
THE INDIVIDUALS, CORPORATIONS, LIMITED     :
LIABILITY COMPANIES, PARTNERSHIPS, AND     :
UNINCORPORATED ASSOCIATIONS IDENTIFIED     :
ON SCHEDULE A TO THE COMPLAINT,            :
                                           :
                        Defendants.        :
                                           :
------------------------------------------X
```

DENISE COTE, District Judge:

A preliminary injunction hearing was held on May 15, 2026. For the reasons stated on the record, it is hereby

ORDERED that plaintiffs shall file any motion for a default judgment no later than **June 26, 2026**. Counsel shall review this Court's Individual Practices in Civil Cases regarding default judgment submissions, including the requirement to obtain a certificate of default from the Clerk of Court for each defaulting defendant.

IT IS FURTHER ORDERED that plaintiffs shall serve this Order, the motion for default judgment papers, and a copy of the Court's Individual Practices on defendants, and shall file proof of such service on ECF on or before **June 29, 2026**.

IT IS FURTHER ORDERED that a default judgment hearing will be held at the pretrial conference on **July 17, 2026** at **3:00 p.m.** in Courtroom 18B, 500 Pearl Street, New York, New York. Failure of defendants to appear will result in the entry of a default or a default judgment.

Dated:   New York, New York
         May 15, 2026

_____
DENISE COTE
United States District Judge